IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**Shane M. Bruce**

Civil Action No.: 3:07-cv-453
Phillips/Shirley

v.

**State of Tennessee**
**Campbell County of Tennessee**
**Campbell County Sheriff Office of Tennessee**
**Billy Joe White, Robert Carter**
**Gary Perkins, Brandon Elkins, et al.**

## Complaint of violations against United States Constitutional Rights

Definitions as used within this document and any filings that follow:
Tennessee means State of Tennessee
Campbell County means Campbell County within the State of Tennessee
Campbell County Sheriff's Office means the Sheriff's Office of defined Campbell County

I, Shane M Bruce, a native citizen of the United States of America and it's Territories until I become a resident of a new State, hereby as plaintiff submits this complaint against the defendants in the above styled case, Campbell County via it's representation Billy Joe White P.O. Box 435 County Courthouse Jacksboro, TN 37757-0434 and the Campbell County Sheriff's Office via it's representation Gary Perkins, Brandon Elkins 195 Kentucky Street Jacksboro, TN 37757, and the State of Tennessee (as a body politic) via Robert J. Carter 1150 Foster Avenue Nashville, TN 37243.

1. That Billy Joe White did falsely swear out a warrant against plaintiff, stipulating contempt of court for non-payment; thus Falsely Reported. Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

2. That Billy White and thusly Campbell County thusly State of Tennessee did demand payment by the plaintiff's despite his informa paupers status after the order for name change had been signed by Billy White thusly Campbell County thusly State of Tennessee, that in spite of plaintiffs statement that plaintiff could not bestow funds of the nature requested by Campbell County for such a request for change of record as additional court/filing fees had been added to the stated cost. That defendant Billy Joe White did state that informa paupers did not confer relief from fees made by the Court of Campbell County. That the clerk of court Campbell County thusly Billy White did then raise or add to even the first quoted fee raising such fees beyond reason. Plaintiff had already stated that such funds could or would not be with coming at the time, requested that he could post date the check until such time has funds might be available, whereupon the clerk

agreed. Thus defendants denied reasonable representation in the access of the Judicial System by demanded dollars instead of propriety. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

3. That bailiff's of the Campbell County Court, thusly Billy White, did threaten plaintiff of prosecution for non-payment. Perhaps reacting beyond reason to an inquiry by Reid Troutman concerning a previous civil action by Plaintiff had against Campbell County, thus unjustly trying to financial coerce. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

4. That Campbell County did refuse to file Plaintiffs Request that the Campbell Count Orders be withheld, and did send back to the Plaintiff the orders which Plaintiff had hand returned because of the undue stress and financial burden that fees imposed by Campbell County caused, thus unduly imposing fees. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

5. That Gary Perkins and Brandon Elkins thusly Campbell County Sheriff's office while serving the False Warrant did deny to plaintiff access to legal documents in the form of records of the transaction which Plaintiff had recently received via mail as stated in paragraph 4 and proper attire or shoes as plaintiff was wearing nightclothes. (which plaintiff knew he would be without upon release) thus denying the securing the representation of legal documents. Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

6. That Gary Perkins and Brandon Elkins thusly Campbell County Sheriffs Office did wrongly state and then self-accordingly charge the Plaintiff with Resisting Arrest when Plaintiff repeated request enter his own premises to regain documentation where Plaintiff had returned the Name Change orders and request to be then alleviated of cost. Thus Falsely Reporting. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

7. That policy of Campbell County Sheriff's Office, thusly Gary Perkins to spray mace regardless of situation once the word Resists occurs during any arrest, and the policy that insists up the cuffing hands behind back regardless any medical concerns (plaintiff requested his hands remain in front of him as his shoulder has a torn rotator cup, and as Plaintiff offered his own hands in such a position to be cuffed), in that the Campbell County Sheriff's office had surrounded the Plaintiff's house with guns drawn on the previously stated false warrant. Thusly invading property and privacy. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

8. That as policy at the time Campbell County Sheriffs Office, thusly Campbell County, thusly, Gary Perkins, Brandon Elkins and Tennessee did deny Plaintiff access to educational reading materials and designated educators during their incarceration of Plaintiff, thus denying access or means of redress. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

9. That Campbell County Court thusly Billy White did summery release the plaintiff, but did wrongly hold him guilty of contempt of court without basis, thus denying any fair trail.. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

10. That Campbell County did then again did add to the already imposed demands of money beyond that of one of informa paupers means with further costs of Court, such demands causing duress and belaying the informa paupers status. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

11. That after the orders of the Name Change had been purchased. That the State of Tennessee did refuse to issue either a Tennessee Drivers License or even a State of Tennessee Identification card that would reflect Plaintiff's now hard earned name; thusly not living up to terms of contract or giving representation where contract was so defiantly enforced.. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

12. That Robert E. Carter, thusly the State of Tennessee did call to threaten Plaintiff with Prosecution when Plaintiff had left the order of name change at the Tennessee Drivers License Office. Thus offering duress without stance. . Filed as a complaint against Defendant as opposed and Listed as supported by the United States Constitution of America and it's Amendments.

I, Plaintiff Shane M. Bruce, request that the Federal Court cause for the above listed points where by the above named defendants and or representation of such bodies politic to be made to pay up to $1,000,000.00 (One Mill) in correction of each or every violation listed at the Constitution of United States and it's Territories and/or at the Plaintiff that the Plaintiff might have such resources as necessary in my own pursue happiness, self-betterment and maintain or restore personal freedom is awarded to the myself, the Plaintiff in such a fashion as such violations will not reoccur but be met with at least equal means, nor allow their cause or spirit with which they have occurred have not be released nor succored beyond any closure of the above styled case. Plaintiff also asks that the above style case be mediated by a Judge of this United States Federal Court.

I affirm that this document was mailed via first class mail on  *Nov. 23, 2007*

*Shane Bruce*

To:
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902